UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TRIDENT SEAFOODS CORPORATION,<br><br>              Plaintiff,<br><br>v.<br><br>NIKOLA S. PINTARIC,<br><br>              Defendant. | Case No. 2:23-cv-01948-JHC<br><br>**ORDER GRANTING THE PARTIES STIPULATED MOTION FOR LEAVE TO FILE AMENDED ANSWER TO PLAINTIFF'S COMPLAINT FOR DECLARATORY JUDGMENT AND COUNTERLCLAIM** |

THIS MATTER came before the Court on the Stipulated Motion of defendant Nikola S. Pintaric, by and through his attorneys Joseph S. Stacey and Nigel T. Stacey of Stacey & Jacobsen, PLLC, and Plaintiff Trident Seafoods Corporation, by and through their attorneys Colin Folawn and Lillian K. Hubbard of Schwabe, Williamson & Wyatt, P.C., (collectively "the parties") for an Order allowing defendant to file an Amended Answer in order to file a counterclaim against plaintiff.

ORDER GRANTING
STIPULATED MOTION FOR LEAVE
TO FILE AMENDED ANSWER
TO PLAINTIFF'S COMPLAINT
AND COUNTERCLAIM - 1
Case No. 2:23-cv-01948-JHC

THIS COURT, having reviewed the Stipulated Motion, finds that good cause exists to allow defendant to file an Amended Answer and counterclaim, a copy of which is attached to the stipulated motion.

The Court will issue a summons for Trident Seafoods Corporation.

IT IS SO ORDERED.

DATED this 1st day of May, 2024.

_____
John H. Chun
United States District Court Judge

**Presented By:**

STACEY & JACOBSEN, PLLC

By: _s/Joseph S. Stacey_____
Joseph S. Stacey, WSBA No. 12840
jstacey@maritimelawyer.us
Nigel T. Stacey, WSBA #55458
nstacey@maritimelawyer.us
4039 21st Avenue W., #401
Seattle, WA 98199
Telephone:   206-282-3100
Fax:              206-282-1149
***Attorneys for Defendant***

**Approved as to Form/Entry:**

SCHWABE, WILLIAMSON & WYATT, P.C.

By: _s/Colin Folawn_____
Colin Folawn, WSBA #34211
cfolawn@schwabe.com
Lillian K. Hubbard, WSBA #55428

ORDER GRANTING
STIPULATED MOTION FOR LEAVE
TO FILE AMENDED ANSWER
TO PLAINTIFF'S COMPLAINT
AND COUNTERCLAIM - 2
Case No. 2:23-cv-01948-JHC

lhubbard@schwabe.com
1420 5th Ave, Suite 3400
Seattle, WA 98101
Telephone: 206-622-1711
Fax: 206-292-0460
***Attorneys for Plaintiff***

**ORDER GRANTING
STIPULATED MOTION FOR LEAVE
TO FILE AMENDED ANSWER
TO PLAINTIFF'S COMPLAINT
AND COUNTERCLAIM** - 3
Case No. 2:23-cv-01948-JHC