**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF WASHINGTON**

**AT SEATTLE**

| | |
|---|---|
| TRIDENT SEAFOODS CORPORATION,<br><br>          Plaintiff,<br><br>v.<br><br>NIKOLA S. PINTARIC,<br><br>          Defendant. | Case No. 2:23-cv-01948-JHC<br><br>**ORDER RE: STIPULATED MOTION TO AMEND TRIAL DATE AND RELATED DEADLINES** |

THIS MATTER comes before the Court on the parties' Stipulated Motion to Amend Trial Date and Related Deadlines. Dkt. # 18. In light of the Court's current trial calendar, the Court sets trial for April 14, 2025. As requested, the trial will be before a jury. The Court DIRECTS the Clerk to issue a new case scheduling order.

/

/

**ORDER RE: STIPULATED MOTION TO AMEND TRIAL DATE AND RELATED DEADLINES** - 1
Case No. 2:23-cv-01948-JHC

DATED this 5th day of June, 2024.

_____
John H. Chun
United States District Court Judge

**ORDER RE: STIPULATED MOTION TO AMEND
TRIAL DATE AND RELATED
DEADLINES** - 2
Case No. 2:23-cv-01948-JHC