UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TRIDENT SEAFOODS CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>NIKOLA S. PINTARIC,<br><br>Defendant. | Case No. 2:23-cv-01948-JHC<br><br>ORDER<br><br>**NOTE ON MOTION CALENDAR:**<br>**SEPTEMBER 13, 2024** |
| NIKOLA S. PINTARIC,<br><br>Counterclaim Plaintiff,<br><br>v.<br><br>TRIDENT SEAFOODS CORPORATION,<br><br>Counterclaim Defendant. | |

Before the Court is the parties' Stipulated Joint Motion to Continue Trial Date and

Related Dates.  Dkt. # 22.  Given its schedule, the Court CONTINUES trial in this matter to

September 8, 2025.  The Court DIRECTS the Clerk to issue a new case scheduling order that

reflects the Court's standard pretrial schedule.

Dated this 13th day of September, 2024.

/
/
/

ORDER - 1
CASE NO. 2:23-CV-01948-JHC

1

2

3          JOHN H. CHUN
            UNITED STATES DISTRICT JUDGE

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

ORDER - 2
CASE NO. 2:23-CV-01948-JHC