1

2

3

4

5

6

7

*The Honorable John H. Chun*

8

**UNITED STATES DISTRICT COURT**

9

**WESTERN DISTRICT OF WASHINGTON**

10

**AT SEATTLE**

11

TRIDENT SEAFOODS
CORPORATION,

12

Plaintiff,

13

14

v.

15

NIKOLA S. PINTARIC,

16

Defendant.

17

18

19

NIKOLA S. PINTARIC,

20

Counterclaim Plaintiff,

21

v.

22

TRIDENT SEAFOODS
CORPORATION,

23

24

Counterclaim Defendant.

25

**Case No.  2:23-cv-01948-JHC**

STIPULATION AND ORDER OF
DISMISSAL OF ALL CLAIMS WITH
PREJUDICE

26

*STIPULATION & ORDER OF DISMISSAL* - 1
Case No. 2:23-cv-01948-JHC

1

2

### I.    STIPULATION

3

Plaintiff and Counterclaim Defendant Trident Seafoods Corporation, by and through its

4

attorneys of record, Colin Folawn and Lillian K. Hubbard of Schwabe, Williamson & Wyatt, P.C.,

5

and Defendant and Counterclaim Plaintiff, Nikola Pintaric, by and through his attorneys of record,

6

Joseph S. Stacey and Nigel T. Stacey of Stacey & Jacobsen, PLLC, stipulate that all claims against

7

all parties may be dismissed with prejudice and without costs and attorneys fees as to any party in

8

the above-captioned matter.

9

Respectfully submitted this 23RD day of April, 2025.

10

11

12

13

14

15

16

17

18

19

| STACEY & JACOBSEN, PLLC | SCHWABE, WILLIAMSON & WYATT, P.C. |
|---|---|
| ___/s/ Nigel T. Stacey_____<br>Joseph S. Stacey, WSBA #12840<br>jstacey@maritimelawyer.us<br>Nigel T. Stacey, WSBA #55458<br>nstacey@maritimelawyer.us<br>4039 21st Avenue W, #401<br>Seattle, WA 98199<br>Telephone:  206-282-3100<br>Fax:  206-282-1149<br>***Attorneys for Nikola S. Pintaric*** | _/s/ Lillian K. Hubbard via email permission_<br>Colin Folawn, WSBA #34211<br>cfolawn@schwabe.com<br>Lillian K. Hubbard, WSBA #55428<br>lhubbard@schwabe.com<br>1420 5th Ave, Suite 3400<br>Seattle, WA 98101<br>Telephone: 206-622-1711<br>Fax: 206-292-0460<br>***Attorneys for Trident Seafoods Corporation*** |

20

21

22

23

24

25

26

*STIPULATION & ORDER OF DISMISSAL* - 2
Case No. 2:23-cv-01948-JHC

## II.    ORDER

THIS MATTER having come before this Court by way of stipulation by the Plaintiff and Counterclaim Defendant and Defendant and Counterclaim Plaintiff to dismiss all claims against all parties and without costs and attorneys fees as to any party, and the Court being fully advised in the premises, now, therefore, it is hereby

**ORDERED, ADJUGED AND DECREED** as follows:

All claims against all parties are hereby dismissed with prejudice and without costs and attorney's fees as to any party.

DATED this 25th day of April, 2025.

_____
The Honorable John H. Chun
United States District Court

_____

STIPULATION & ORDER OF DISMISSAL - 3
Case No. 2:23-cv-01948-JHC